## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| ALEXANDER RAMIREZ, | § | |
| (TDCJ-ID #844190) | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | CIVIL ACTION H-05-0459 |
| | § | |
| K. FOLEY, *et al.,* | § | |
| | § | |
| Defendants. | § | |

### ORDER OF DISMISSAL

Plaintiff, Alexander Ramirez, Jr., a former state inmate in the custody of the Texas Department of Criminal Justice - Correctional Institutional Division ("TDCJ-CID"), has filed a complaint under 42 U.S.C. § 1983, alleging violations of his civil rights. Ramirez sues thirty prison officials and correctional officers for claims stemming from events that took place at the Neal, Roach, Clements, Hughes, and Ellis Units. Ramirez has filed a complaint raising claims based on the denial of access to the courts, denial of due process, and failure to protect his safety.

In an order issued on July 7, 2005, this court explained that by naming multiple defendants and including numerous transactions, Ramirez's complaint violated Rule 18 and Rule 20 of the Federal Rules of Civil Procedure. (Docket Entry No. 7). Ramirez asserted unrelated claims that took place over an unspecified period. This court concluded that allowing his complaint to proceed would defeat the intent of the PLRA's fee payment and "three-strikes" provisions.

P:\CASES\2005\05-0459\05-0459.D02

This court ordered the Clerk to strike Ramirez's original complaint from the record and ordered Ramirez to file an amended complaint in this case within thirty days of the entry of that order by submitting two copies using attached forms.  On August 8, 2005, Ramirez filed a motion for voluntary dismissal without prejudice or alternatively for an extension. (Docket Entry No. 9).  Ramirez explained that he had been released to mandatory supervision on July 14, 2005 and that he needed time to prepare proper complaints under 42 U.S.C. § 1983.  Ramirez did not explain how much time he needs.  Accordingly, this court grants Ramirez's motion to dismiss without prejudice.

SIGNED on August 10, 2005, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge